IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REGINALD DEWAYNE ANDERSON**     **PLAINTIFF**
**ADC #092980**

**V.**     **CASE NO. 4:19-CV-658 JM**

**SWANIGAN LAKESHIA, Parole Board**     **DEFENDANT**
**Member, Arkansas State Parole Board**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 24th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE